UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008
```

-----------------------------------  x

1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

Case No. 07 Civ. 10259
(Crotty, J.)

Plaintiff,

VICTORY LAKE OPERATIONS, L.L.C.,

Defendant.

-----------------------------------  x

### Notice of Voluntary Dismissal

PLEASE TAKE NOTICE that plaintiff 1199 SEIU UNITED

HEALTHCARE WORKERS EAST hereby dismisses the above-captioned

action without prejudice pursuant to FRCP 41(a). Defendant

VICTORY LAKE OPERATIONS, L.L.C., has not filed an answer and has

not otherwise appeared in this action. The Clerk of Court
is directed to close this case.

Dated:    New York, New York
          May 8, 2008

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

Lowell Peterson (LP 5405)
Attorneys for Plaintiff
1350 Broadway, Suite 501
P.O. Box 822
New York, New York  10018-0026
(212) 239 4999
lpeterson@msek.com

-1-

SO ORDERED: MAY 0 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

94886